**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: August 25, 2010**



_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-19395

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:10-BK-21905-RJH |
| Richard Don Fields and Pamela H. Fields <br> Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. <br> Movant, <br> vs. | ORDER <br><br> (Related to Docket #12) |
| Richard Don Fields and Pamela H. Fields, Debtors, William E. Pierce, Trustee. <br><br> Respondents. | |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 1, 2000 and recorded in the office of the MOHAVE County Recorder wherein Wells Fargo Bank, N.A., successor by merger to Wells Fargo Home Mortgage, Inc. is the current beneficiary and Richard Don Fields and Pamela H. Fields have an interest in, further described as:

> Lot 221, of AMENDED PLAT OF EL CAMINO VILLAGE UNIT 1, TRACT 5015, according to the plat thereof, recorded December 30, 1991, at Fee No. 91-69617, in the office of the recorder of Mohave County, Arizona.
>
> EXCEPT therefrom, all coal, oil, gas and mineral deposits as reserved in instrument recorded in Book 2368 of Official Records, Page 717, but only from a depth of 500 feet below the surface thereof.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.